IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALLEJA,<br><br>    Plaintiff,<br><br> v.<br><br>SKANSA U.S.A. BUILDING, INC., et al.,<br><br>    Defendants. | No. C 05-00041 SBA<br><br>**ORDER**<br><br>[Docket No. 6] |

This matter is before the Court on Plaintiff Michael Calleja's Motion Pursuant to Federal Rule of Civil Procedure 15(a) and Federal Rule of Civil Procedure 21 for Leave to File a First Amended Complaint Substituting Safety Systems, LLC for Michael Calleja as Plaintiff ("Plaintiff's Motion for Leave to File an Amended Complaint") [Docket No. 6].

Having read and considered the arguments presented by the parties in the papers submitted to the Court, the Court finds this matter appropriate for resolution without a hearing.  The Court hereby GRANTS Plaintiff's Motion for Leave to File an Amended Complaint.

## **BACKGROUND**

**A.**     **Factual Background**.

On January 4, 2005, Plaintiff Michael Calleja ("Calleja") filed a complaint against Skansa U.S.A. Building, Inc. ("Skansa") and Sinco, Inc. d/b/a Sinco/SALA ("Sinco") alleging infringement of United States Patent No. 6,837,388 (the "'388 Patent").

On or about April 12, 2005, Robert Hill, Calleja's attorney, filed with the United States Patent and

Trademark Office an Assignment of Patent Rights assigning, inter alia, all of Calleja's rights, title and interest in the '338 Patent to Safety Systems, LLC ("Safety Systems").

On April 22, 2005, Calleja filed the instant Motion for Leave to File an Amended Complaint. In the Motion, Calleja seeks to file an amended complaint that substitutes Safety Systems for Calleja as the plaintiff in this action.

On or about April 25, 2005, Calleja served Skansa with a copy of the summons and complaint. On or about April 27, 2005, Calleja served Sinco with a copy of the summons and complaint.

On May 16, 2005, Sinco filed a statement of non-opposition to Calleja's motion. On May 20, 2005, Skansa filed a statement of non-opposition to Calleja's motion.

## ANALYSIS

Federal Rule of Civil Procedure 15(a) provides that:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party . . . .

Fed. R. Civ. P. 15(a). Under Rule 15, "leave [to amend] shall be freely given." *Id.*

Federal Rule of Civil Procedure 21 provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just." Fed. R. Civ. P. 21.

Here, Calleja seeks to file an amended complaint for the sole purpose of substituting Safety Systems in as the plaintiff in this action. Since Calleja assigned all rights, title and interest in the patent-in-suit to Safety Systems in April 2005, Safety Systems is now the real party in interest. Accordingly, Calleja has demonstrated good cause warranting leave to file an amended complaint and the Court hereby GRANTS Calleja's Motion for Leave to File an Amended Complaint.

## CONCLUSION

IT IS HEREBY ORDERED THAT Plaintiff Michael Calleja's Motion for Leave to File an Amended Complaint [Docket No. 6] is GRANTED. The amended complaint shall substitute Safety Systems, LLC in

for Michael Calleja as Plaintiff in this action. Plaintiff shall have thirty (30) days from the date of this Order to file and serve the amended complaint.

IT IS FURTHER ORDERED THAT the Case Management Conference, scheduled for June 7, 2005 at 1:00 p.m., is VACATED. The parties shall appear for a <u>telephonic</u> Case Management Conference on **Thursday, September 15, 2005 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 5-27-05                                         /s/ Saundra Brown Armstrong
                                                       SAUNDRA BROWN ARMSTRONG
                                                       United States District Judge