1

2                        UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4
MICHAEL CALLEJA,                    )          No. C05-00041 SBA
5                    Plaintiff,      )
                                     )          ORDER DISMISSING ACTION
6         vs.                        )
                                     )
7    SKANSKA USA BUILDING,           )
                                     )
8                    Defendant.      )
                                     )
9    _____)

10

11          The Court having been notified of the settlement of

12   this action, and it appearing that no issue remains for the

13   Court's determination,

14          IT IS HEREBY ORDERED THAT this action and all claims

15   asserted herein are DISMISSED with prejudice.  In the event

16   that the settlement is not reached, any party may move to

17   reopen the case and the trial will be rescheduled, provided

18   that such motion is filed within 10 days of this order.  All

19   scheduled dates, including the trial and pretrial dates, are

20   VACATED.

21          IT IS SO ORDERED.

22   DATED: 9/2/05

23   _____
                  SAUNDRA BROWN ARMSTRONG
24                United States District Judge

25

26

27

28